**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>EXCEL CONSTRUCTION GROUP "LLC", a Florida limited liability company; and RAUDI CANDAME, an individual,<br><br>Defendants. | Case No. 8:24-cv-02134-AH-(KESx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order granting Plaintiff's Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order granting Plaintiff's Motion for Default Judgment.

2. The Court AWARDS Plaintif. $219,427.95.

3. The Clerk of the Court shall close the case.

This is a final judgment.

Dated: February 6, 2024

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE